UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>Plaintiff,<br>v.<br><br>OVERLAND HOTEL AND CASINO, et al.,<br><br>Defendants. | Case No. 3:24-cv-00009-MMD-CLB<br><br>ORDER |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* ("IFP") status should continue on appeal. (ECF No. 12.) This Court certifies that any IFP appeal from its order of dismissal would be frivolous or would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's IFP status should be revoked on appeal. *See Hooker v. American Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of IFP status is appropriate where district court finds the appeal to be frivolous).

DATED THIS 25th day of March 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE